# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

MAY 16 '22 PM 3:02 USDC MA
FILED IN CLERKS OFFICE

| | |
|---|---|
| Jose Jobson W105583 <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Robert J. Deschene, <br> John J. Madden, <br> David Shaw <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* [X] Yes [ ] No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jose Jobson W105583 |
| Street Address | S.B.C.C. 1100 Harvard Rd. |
| City and County | Shirley, Worcester County |
| State and Zip Code | Massachusetts, 01464 |
| Telephone Number | 978-514-6500 |
| E-mail Address | |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Robert J. Deschene |
| Job or Title (if known) | Corrections Officer, Lt. MADOC |
| Street Address | S.B.C.C. 100 Harvard Rd |
| City and County | Shirley, Worcester County |
| State and Zip Code | Massachusetts, 01464 |
| Telephone Number | 978-514-6500 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | John J. Madden |
| Job or Title (if known) | Corrections Officer, MADOC |
| Street Address | O.C.C.C. ONE Administration Road |
| City and County | BridgeWater, Plymouth County |
| State and Zip Code | Massachusetts, 02324 |
| Telephone Number | 508-279-6000 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | David Shaw |
| Job or Title (if known) | Deputy Superintendent, MADOC |
| Street Address | S.B.C.C. 100 Harvard Rd |
| City and County | Shirley, Worcester County |
| State and Zip Code | Massachusetts, 01464 |
| Telephone Number | 978-514-6500 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Section 1983, 28 U.S.C. Section 1331, and 8th Amendment

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached Papers for Statement of Claim

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached Papers Requesting Relief

## Statement of Claim

4. The Plaintiff Jose Jobson W105583 in this case is an inmate housed and incarcerated at the Souza-Baranowski Correctional Center Maximum Security Prison in Massachusetts.

5. Inmate Jose Jobson while housed on the N1 Housing Unit in Cell #2 on the North Side of Souza-Baranowski Facility. On January 10th, 2020. Was attacked by Multiple Correctional Officers. For no operant reason or just cause. Excessive Force and unprovoked violence was used.

6. Plaintiff Jobson is also an SMI inmate ( Serous Mental Illness ).

7. Defendant John J. Madden without warning or requesting the Plaintiff to come to the door and cuff up. Told somebody to pop Cell #2. At this time Defendant Madden approached Plaintiffs Cell door as it is opening and sucker punchs Plaintiff without just cause and provoktion to My Face.

8. Then the entire Task Force Team Rushes in My Cell and starts assaulting Me.

9. Defendant John J. Madden later made statements that he wished he could Shoot Me and called Me a shit bag. Then stated CO Addo said Hi from O.C.C.C. ( Old Colony Correctional Center ).

10. Defendant Robert J. Deschene an Lt. at S.B.C.C. ( Souza-Baranowski Correctional Center ). Put Leg restraints on Me and stepped on them to tighten them around My ankles and leaned over and said to Me shit bags go to the back of the line.

11. Defendant David Shaw while interviewing Officer John J. Madden knew he blantly lied to him during the interview concerning his role and how he knew said Plaintiff Jose Jobson.

## Legal Claim

12. Defendant Madden used Excessive Force against Inmate Jose Jobson by punching him in the face. When Inmate Jobson was not violating any Rules and or Regulations. Not acting disruptively and or ever a Threat to anybody. Defendant Madden's actions violated inmate Jobsons rights under the Eighth Amendment to the United States Constitution and caused inmate Jobson Pain, Suffering, Physical Injury and Emotiomal Distress.

13. Defendant Deschene used Excessive Force angainst Inmate Jose Jobson by using his foot to tighten his leg irons. Defendant Deschene's actions violated inmate Jobsons rights under the Eigth Amendment to the United States Constitution and caused inmate Jobson Pain, Suffering, Physical Injury and Emotional Distress.

14. Defendant Shaw by witnessing on video the illegal actions of both of the other Two Defendant's Misconduct, catching Defendant Madden in a blanten lie and allowing Defendant Deschene to view video evidence before even questioning him and failing to hold either defendant responsible for their Misconduct and without stating it openly but by Defendant Shaw's actions alone encouraging and protecting the continuation of this Misconduct to keep happening. Defendant Shaw also did in fact violate inmate Jobsons rights under the Eigth Amendment to the United States Comstitution and by doing so did cause inmate Jobson Pain, Suffering, Physical Injury and Emotional Distress.

## Relief

15. Grant Plaintiff Jose Jobson that the acts and omissions described herein violates his rights under the Constitution and Laws of the United States.

16. Grant Plaintiff Jose Jobson Compensatory Damages in the amount of $150,000 against each Defendant, Jointly and Seperatly

17. Plaintiff Jobson seeks Nominal Damages and Punitive Damages in the amount of $5,000 against each Defendant Jointly and Seperately.

18. Plaintiff Jobson seeks a Jury Trial on all issues by a Jury.

19. Plaintiff Jobson also seeks recovery of their cost in this Suit, and

20. Any Additional relief this Court deems just, proper, and Equitable.

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true. I certify under penalty of perjury that the foregoing is and correct.

Executed at Shirley, Mass on May 3, 2022

Respectfully submitted, Jose Jobson W105583
S.B.C.C.
100 Harvard Rd.
Shirley, Mass 01464

Signed: _____, PRO SE

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 6th, 2022

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Jose Jobson

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____